

March 2, 2016

Judge Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


Re:             CIT Bank, N.A. formerly known as OneWest Bank, N.A. vs. Elaine E.
                Wilson, et al.
Civil Action No.:    15-cv-4223

Dear Judge Roslynn R. Mauskopf,

      Plaintiff respectfully moves for Keith Young, Esq., be removed as attorney for Plaintiff in this matter. Plaintiff retained Gross Polowy LLC as counsel prior to this action being commenced. At that time, Keith Young, Esq. was an associate at Gross Polowy LLC. Gross Polowy LLC continues to represent Plaintiff, however, Keith Young is no longer with our firm. Therefore, Plaintiff respectfully requests that Keith Young, Esq. be removed as attorney for Plaintiff in this case.

      If you have any questions or concerns, please feel free to contact me at 716-204-1794.

      Thank you for your time and consideration in this matter.


                                Respectfully Submitted,

                                /s/ Michael W. Nardolillo, Esq.
                              Michael Nardolillo, Esq.
                              **Gross Polowy, LLC**
                              *Attorneys for Plaintiff*
                              1775 Wehrle Drive, Suite 100
                              Williamsville, New York 14221
                              Tel.: 716-204-1794
                              Fax: 716-204-1702