United States District Court

for the

Eastern District of New York

| | |
|---|---|
| CIT BANK, N.A. FORMERLY KNOWN AS ONEWEST BANK, N.A.<br><br>    Plaintiff<br><br>v.<br><br><br>ELAINE E. WILSON, LINFORD G. WILSON, JES-KAN EQUITIES, INC., NEW YORK CITY PARKING VIOLATIONS BUREAU, EUGENE DONATUTI,<br><br>    Defendant(s) | Civil Action No. 15-cv-4223<br><br>**CONSENT FOR DISCONTINUANCE OF ACTION** |

Gross Polowy, LLC, the attorneys for the Plaintiff and all required parties in accordance with CPLR 6514(d) hereby consents to the discontinuance of the above captioned index number and the cancellation of the Notice of Pendency filed in this action on July 20, 2015.

By this Consent, in addition Plaintiff hereby revokes the acceleration of the maturity of the loan that is the subject of this foreclosure action and withdraws its prior demand for immediate payment of all sums secured by the mortgage and reinstates the loan as an installment loan.

DATED: July 27, 2016

                                            Gross Polowy, LLC
                                            By: Michael W. Nardolillo, Esq.
                                            *Attorneys for Plaintiff*


                                            Eugene Donatuti, *Pro Se*


                                            Radow Law Group
                                            By: Raymond D. Radow, Esq.
                                            *Attorneys for Defendants Elaine E. Wilson and Linford G. Wilson*

United States District Court

for the

Eastern District of New York

| | |
|---|---|
| CIT BANK, N.A. FORMERLY KNOWN AS ONEWEST BANK, N.A. )<br><br>          Plaintiff )<br><br>v. )<br><br>)<br>)<br>)<br>ELAINE E. WILSON, LINFORD G. WILSON, )<br>JES-KAN EQUITIES, INC., NEW YORK )<br>CITY PARKING VIOLATIONS BUREAU, )<br>EUGENE DONATUTI, )<br>)<br>          Defendant(s) ) | Civil Action No. 15-cv-4223<br><br>CONSENT FOR DISCONTINUANCE OF ACTION |

Gross Polowy, LLC, the attorneys for the Plaintiff and all required parties in accordance with CPLR 6514(d) hereby consents to the discontinuance of the above captioned index number and the cancellation of the Notice of Pendency filed in this action on July 20, 2015.

By this Consent, in addition Plaintiff hereby revokes the acceleration of the maturity of the loan that is the subject of this foreclosure action and withdraws its prior demand for immediate payment of all sums secured by the mortgage and reinstates the loan as an installment loan.

DATED: July 27, 2016

_____
Gross Polowy, LLC
By: Michael W. Nardolillo, Esq.
*Attorneys for Plaintiff*

_____
Eugene Donatuti, *Pro Se*

_____
Radow Law Group
By: Raymond D. Radow, Esq.
*Attorneys for Defendants Elaine E. Wilson and Linford G. Wilson*

United States District Court

for the

Eastern District of New York

| | |
|---|---|
| CIT BANK, N.A. FORMERLY KNOWN AS ONEWEST BANK, N.A.<br><br>          Plaintiff<br><br>    v.<br><br><br>ELAINE E. WILSON, LINFORD G. WILSON, JES-KAN EQUITIES, INC., NEW YORK CITY PARKING VIOLATIONS BUREAU, EUGENE DONATUTI,<br><br>          Defendant(s) | )<br>)<br>)<br>) Civil Action No. 15-cv-4223<br>)<br>) **CONSENT FOR DISCONTINUANCE**<br>) **OF ACTION**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Gross Polowy, LLC, the attorneys for the Plaintiff and all required parties in accordance with CPLR 6514(d) hereby consents to the discontinuance of the above captioned index number and the cancellation of the Notice of Pendency filed in this action on July 20, 2015.

By this Consent, in addition Plaintiff hereby revokes the acceleration of the maturity of the loan that is the subject of this foreclosure action and withdraws its prior demand for immediate payment of all sums secured by the mortgage and reinstates the loan as an installment loan.

DATED: July 27, 2016

_____
Gross Polowy, LLC
By: Michael W. Nardolillo, Esq.
*Attorneys for Plaintiff*


_____
Eugene Donatuti, *Pro Se*


_____
Radow Law Group
By: Raymond D. Radow, Esq.
*Attorneys for Defendants Elaine E. Wilson and Linford G. Wilson*

United States District Court

for the

Eastern District of New York

| | |
|---|---|
| CIT BANK, N.A. FORMERLY KNOWN AS ONEWEST BANK, N.A. <br><br> Plaintiff <br><br> v. <br><br><br> ELAINE E. WILSON, LINFORD G. WILSON, JES-KAN EQUITIES, INC., NEW YORK CITY PARKING VIOLATIONS BUREAU, EUGENE DONATUTI, <br><br> Defendant(s) | Civil Action No. 15-cv-4223 <br><br> **AFFIRMATION IN SUPPORT OF CONSENT FOR DISCONTINUANCE OF ACTION** |

Michael W. Nardolillo, Esq. affirms as follows:

1. I am an attorney at law and an associate of Gross Polowy, LLC the attorneys of record for the Plaintiff. I am fully familiar with the facts, court papers and proceedings of this action.

2. This action was brought to foreclose a mortgage on real property known as 144-83 176TH STREET, JAMAICA, NY 11434, BL #: 13288 - 37.

3. The Summons, Complaint, and Notice of Pendency were filed in the Office of the Queens County Clerk on July 20, 2015.

4. None of the Defendants have appeared, answered, or made any motion with respect to the Complaint in this action and their time to do so has expired., except the Defendants:

EUGENE DONATUTI………………………………………………………………………….Pro-Se

ELAINE E. WILSON AND LINFORD G. WILSON………………..By their attorneys Radow Law Group

who consented by the annexed Consent to Discontinue the Action.

5. The reason your affirmant requests that this action, and all causes of action alleged herein, be discontinued, and that the Notice of Pendency be cancelled is that the Defendants/mortgagors entered into a workout agreement with the Plaintiff.

WHEREFORE, your affirmant respectfully requests that the above captioned action, and all causes of action alleged therein, be discontinued, and that any and all counterclaims and cross claims be dismissed and that the Notice of Pendency be cancelled from the records of the Office of the Clerk of the County of Queens, together with such other and further relief as to this Court may seem just, equitable, and proper.

DATED:    July 27, 2016
           Westbury, New York

                                                         _____
                                                         Michael W. Nardolillo, Esq.